No. 305. SECURITIES AND EXCHANGE COMMISSION *v.* NEW ENGLAND ELECTRIC SYSTEM ET AL. C. A. 1st Cir. Certiorari granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Former Solicitor General Marshall, Acting Solicitor General Spritzer, Richard A. Posner, Philip A. Loomis, Jr.,* and *Roger S. Foster* for petitioner. *John R. Quarles, Richard B. Dunn, Richard W. Southgate* and *John J. Glessner III* for respondents.

No. 257. FEDERAL MARITIME COMMISSION ET AL. *v.* AKTIEBOLAGET SVENSKA AMERIKA LINIEN (SWEDISH AMERICAN LINE) ET AL.; and No. 258. AMERICAN SOCIETY OF TRAVEL AGENTS, INC. *v.* AKTIEBOLAGET SVENSKA AMERIKA LINIEN (SWEDISH AMERICAN LINE) ET AL. C. A. D. C. Cir. Certiorari granted. Cases are consolidated. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions. *Solicitor General Marshall, Assistant Attorney General Turner, Irwin A. Seibel, Robert N. Katz* and *Walter H. Mayo III* for petitioners Federal Maritime Commission et al. in No. 257. *Robert J. Sisk, Harold S. Barron, Neil Peck* and *Glen A. Wilkinson* for petitioner American Society of Travel Agents, Inc., in both cases. *Edward R. Neaher* and *Carl S. Rowe* for respondents in both cases. Reported below: 125 U. S. App. D. C. 359, 372 F. 2d 932.

No. 291, Misc. JOHNSON *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket. *John M. Harrington, Jr.,* for petitioner. *Elliot L. Richardson,* Attorney General of Massachusetts, and *Brian E. Concannon,* Special Assistant Attorney General, for respondent.